NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1110

IGT,

Plaintiff-Appellant,

v.

ALLIANCE GAMING CORPORATION, BALLY GAMING INTERNATIONAL, INC., and BALLY GAMING INC. (doing business as Bally Gaming & Systems),

Defendants-Appellees.

Appeal from the United States District Court for District of Nevada in case no. 2:04-CV-1676, Judge Robert C. Jones.

ON MOTION

## O R D E R

Upon consideration of the appellees' unopposed motion for a 16-day extension of time, until May 16, 2009, to file their brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 25 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jeffrey W. Sarles, Esq.
Charles K. Verhoeven, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 25 2009

JAN HORBALY
CLERK